09-CV-05662-DISCL

```
_____ FILED  _____ LODGED
           _____ RECEIVED

         OCT 2 1 2009

    CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
                              DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| FAMILY PAC,<br><br>    Plaintiff,<br>vs.<br><br>SAM REED, in his official capacity as Secretary of State of Washington, ROB MCKENNA, in his official capacity as Attorney General of Washington, JIM CLEMENTS, DAVID SEABROOK, JANE NOLAND, and KEN SCHELLBERG, members of the Public Disclosure Commission, in their official capacities, and, CAROLYN WEIKEL, in her official capacity as Auditor of Snohomish County, Washington.<br><br>    Defendants. | No. C09 5662 RBL<br><br>**CORPORATE DISCLOSURE STATEMENT**<br><br>The Honorable _____ |

**CORPORATE DISCLOSURE STATEMENT**

We, the undersigned, counsel of record for Plaintiff, certify to the best of our knowledge and belief in accordance with Federal Rule of Civil Procedure 7.1 (2007) that:

1) Family PAC is a political-action committee registered with the Washington State Public Disclosure Commission; and that

---

Plaintiff's Rule 7.1 Disclosure
Statement

1

Bopp, Coleson & Bostrom
1 South Sixth Street
Terre Haute, Indiana 47807-3510
(812) 232-2434

1      2)    FPIW Action is the parent corporation of Family PAC.

3      Dated this 21 day of October 2009.

5  Respectfully submitted,

James Bopp, Jr. (Ind. Bar No. 2838-84)*
Barry A. Bostrom (Ind. Bar No. 11912-84)*
Randy Elf (NY. Bar No. 2863553)*
Sarah E. Troupis (Wis. Bar No. 1061515)*
Scott F. Bieniek (Ill. Bar No. 6295901)*
Zachary S. Kester (Ind. Bar No. 28630-49)*
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, Indiana 47807-3510
(812) 232-2434
*Counsel for Plaintiff*

Joseph Backholm
FAMILY POLICY INSTITUTE OF WASHINGTON
16108 Ash Way, Ste 111A
Lynnwood, Washington 98087
(425) 608-0242
*Counsel for Plaintiff*

* *Pro Hac Vice Motion Pending*