# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| FAMILY PAC,<br><br>        Plaintiff,<br><br>vs.<br><br>SAM REED, in his official capacity as Secretary of State of Washington, ROB MCKENNA, in his official capacity as Attorney General of Washington, JIM CLEMENTS, DAVID SEABROOK, JANE NOLAND, and KEN SCHELLBERG, members of the Public Disclosure Commission, in their official capacities, and CAROLYN WEIKEL, in her official capacity as Auditor of Snohomish County Washington,<br><br>        Defendants. | No. C09-5662 RBL<br><br>**STIPULATION AND AGREED ORDER OF DISMISSAL** |

## STIPULATION

The parties to this matter, Plaintiff Family PAC, State Defendants Sam Reed, Rob McKenna, Jim Clements, David Seabrook, Jane Noland, and Ken Schellberg, and County Defendant Carolyn Weikel, by and through their counsel of record, agree and stipulate as follows:

**STIPULATION AND AGREED ORDER OF DISMISSAL**
Page - 1

Snohomish County
**Prosecuting Attorney – Civil Division**
**Robert J. Drewel Bldg., 7th Floor, M/S 504**
3000 Rockefeller Ave
Everett, Washington 98201-4060
(425)388-6330 Fax: (425)388-6333

1. State Defendant Reed and County Defendant Weikel rely on the other State Defendants to defend the state laws at issue in this action in all respects.

2. State Defendant Reed and County Defendant Weikel agree to be bound by this Court's rulings in this case for any law over which they have legal responsibility or authority.

3. Based upon this stipulation, State Defendant Reed and County Defendant Weikel are no longer necessary to this action and should be dismissed without prejudice and without costs.

4. This Court has the authority and discretion to grant this stipulated order pursuant to, *inter alia*, Fed. R. Civ. P. 16.

## ORDER

THIS MATTER having come on regularly before the undersigned Judge of the above-entitled Court, the parties having reached an agreement and stipulation as to the matters set forth above, and the Court being fully apprised of the premises and accepting the parties' Stipulation, NOW, THEREFORE,

IT IS HEREBY ORDERED that State Defendant Reed and County Defendant Weikel are dismissed from this action without prejudice and without costs.

IT IS FURTHER ORDERED that State Defendant Reed and County Defendant Weikel are bound by any of this Court's rulings with respect to the matters at issue as they apply to any law over which they have legal responsibility or authority.

THE CLERK shall adjust the CM/ECF Docket Sheet accordingly, and give notice of this Order to all counsel of record.

**STIPULATION AND AGREED ORDER**
**OF DISMISSAL**
**Page - 2**

**Snohomish County**
**Prosecuting Attorney – Civil Division**
**Robert J. Drewel Bldg., 7th Floor, M/S 504**
3000 Rockefeller Ave
Everett, Washington 98201-4060
(425)388-6330  Fax: (425)388-6333

IT IS SO ORDERED this 24th day of November, 2009.

*Ronald B. Leighton*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Approved:

**PLAINTIFF FAMILY PAC:**

By: s/ *Scott F. Beiniek*
   Scott F. Beiniek, Ill. Bar # 6295901
   Attorney for Plaintiff

**DEFENDANT STATE OF WASHINGTON OFFICIALS:**

By s/ *Linda A. Dalton*
   Linda A. Dalton, WSBA #15467
   Senior Assistant Attorney General
   Attorney for State Defendants

**DEFENDANT CAROLYN WEIKEL, SNOHOMISH COUNTY AUDITOR:**

By: s/ *Gordon W. Sivley*
   Gordon W. Sivley, WSBA # 8837
   Deputy Prosecuting Attorney
   Attorney for Defendant Carolyn Weikel
   Snohomish County Auditor

**STIPULATION AND AGREED ORDER OF DISMISSAL**
**Page  - 3**

**Snohomish County**
**Prosecuting Attorney – Civil Division**
**Robert J. Drewel Bldg., 7th Floor, M/S 504**
3000 Rockefeller Ave
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to participating Counsel.

\s  Gordon W. Sivley
Gordon W. Sivley, WSBA #8837
Deputy Prosecuting Attorney
Attorney for Defendant Carolyn Weikel
Email: gsivley@co.snohomish.wa.us

**STIPULATION AND AGREED ORDER OF DISMISSAL**
**Page  - 4**

**Snohomish County**
**Prosecuting Attorney – Civil Division**
**Robert J. Drewel Bldg., 7th Floor, M/S 504**
3000 Rockefeller Ave
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333