AO 450 (Rev. 5/85) (Mod. 10/93)  Judgment in a Civil Case ○

# United States District Court
### WESTERN DISTRICT OF WASHINGTON

## JUDGMENT IN A CIVIL CASE

FAMILY PAC,

     V.

SAM REED, et al.,

CASE NUMBER: C09-5662 RBL

[√]    **Decision by Court.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

The Court has determined that there is no just reason for delay and upon an express direction for the entry of judgment, FRCP 54(b), it is **ORDERED** that

Plaintiff's Motion for Summary Judgment on the Unconstitutionality of RCW 42.17.105(8) is GRANTED.  Plaintiff's Motion for Summary Judgment on its remaining claims is DENIED.

DATED: September 1, 2010

                                           _____BRUCE  RIFKIN_____
                                           *Clerk*

                                          _____/s/ Jean Boring_____
                                          *(By) Deputy Clerk*