# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### TACOMA DIVISION

| | |
|---|---|
| **Family PAC**, | No. 3:09-cv-05662-RBL |
| Plaintiff, | **Order Amending Judgment Issued on September 1, 2010** |
| vs. | |
| **Rob McKenna**, in his official capacity as Attorney General of Washington, and **Jim Clements**, **David Seabrook**, **Jane Noland**, **Jennifer Joly**, and **Barry Sehlin**, members of the Public Disclosure Commission, in their official capacities, | The Honorable Ronald B. Leighton |
| Defendants. | |

**Order Granting Joint Motion to Amend Judgment**
**(No. 3:09-cv-05662-RBL)**

1

PRESENTED BY:
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, Indiana 47807-3510
(812) 232-2434

Having considered the parties' Joint Motion to Amend Judgment, the Court being fully advised, and good cause shown:

**IT IS HEREBY ORDERED** that the Joint Motion to Amend Judgment is **GRANTED** and the Judgment is amended to read as follows:

Pursuant to Rules 58(a) and 58(b) of the Federal Rules of Civil Procedure, the Clerk shall enter an amended judgment stating that:

**1.** Plaintiff's Motion for Summary Judgment on the unconstitutionality of RCW § 42.17.105(8) is **GRANTED**.

**2.** Plaintiff's Motion for Summary Judgment on the unconstitutionality of RCW § 42.17.090 and WAC 390-16-034 is **DENIED**. Plaintiff's claims regarding RCW § 42.17.090 and WAC 390-16-034 are dismissed with prejudice.

Dated this 30th day of September, 2010.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

**Order Granting Joint Motion to Amend Judgment**
(No. 3:09-cv-05662-RBL)

2

**PRESENTED BY:**
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, Indiana 47807-3510
(812) 232-2434