AO 450 (Rev. 5/85) (Mod. 10/93)  Judgment in a Civil Case

# United States District Court
### WESTERN DISTRICT OF WASHINGTON

**Family PAC**,

       v.

**Rob McKenna**, in his official capacity as Attorney General of Washington, and **Jim Clements**, **David Seabrook**, **Jane Noland**, **Jennifer Joly**, and **Barry Sehlin**, members of the Public Disclosure Commission, in their official capacities,

AMENDED  JUDGMENT IN A CIVIL CASE

CASE NUMBER:   C09-5662 RBL

[ √ ]  **Decision by Court.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

The Court has determined that there is no just reason for delay and upon an express direction for the entry of judgment, FRCP 54(b), it is **ORDERED** that

**1.** Plaintiff's Motion for Summary Judgment on the unconstitutionality of RCW § 42.17.105(8) is **GRANTED**.

**2.** Plaintiff's Motion for Summary Judgment on the unconstitutionality of RCW § 42.17.090 and WAC 390-16-034 is **DENIED**. Plaintiff's claims regarding RCW § 42.17.090 and WAC 390-16-034 are dismissed with prejudice.

*DATED :* OCTOBER 4, 2010

                                      WILLIAM M. McCOOL
                              *Clerk*

                                      /s/   Jean Boring
                              *(By) Deputy Clerk*, Jean Boring